UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MURPHY, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,
Plaintiff,

-against-

SILVER BUYER, INC.,
Defendant.

26-CV-4151 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff timely served Defendant Silver Buyer, Inc. with the summons and complaint in this matter on July 20, 2026. (*See* ECF 7.) Defendant was therefore required to respond to the Complaint by August 10, 2026. (*See id*.) To date, Defendant has not filed a response to the complaint.

Accordingly, I am sua sponte extending the Defendant's deadline to respond to the complaint nunc pro tunc until **September 2, 2026**. Plaintiff is directed to serve a copy of this order on Defendant by **August 21, 2026** and to file proof of service on the docket by **August 21, 2026**.

DATED: August 19, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**